NUMBER 13-05-440-CV

 

                                   COURT OF
APPEALS

 

                        THIRTEENTH DISTRICT OF
TEXAS

 

                           CORPUS CHRISTI -
EDINBURG

______________________________________________________________

 

                         IN RE VULCAN MATERIALS
COMPANY AND

                         KELCO SALES &
ENGINEERING COMPANY

______________________________________________________________

 

                                  On Petition
for Writ of Mandamus

 ______________________________________________________________

 

                                MEMORANDUM
OPINION

 

      Before Chief Justice Valdez and Justices
Hinojosa and Rodriguez 

                                Per Curiam Memorandum Opinion[1]

 

Relator, Vulcan Materials
Company, filed a petition for writ of mandamus with this Court on July 12,
2005.  Kelco
Sales & Engineering Company filed a motion to join the  petition for writ of mandamus on July
22, 2005.  This Court granted Kelco Sales & Engineering Company=s joinder on August 2, 2005. 


Vulcan Materials
Company has now filed a motion requesting that this Court  dismiss it from this original
proceeding because it has been non-suited in the underlying proceeding.  Kelco remains a relator in this original proceeding.








We GRANT Vulcan
Materials Company=s motion to dismiss.  Accordingly, this original proceeding is
DISMISSED.  The original proceeding filed
by Kelco Sales & Engineering Company is ordered
SEVERED and will be assigned cause number 13-05-539-CV.  We ORDER the Clerk of this Court to transfer
all pleadings and records relevant to Kelco=s petition for
writ of mandamus from this cause number to cause number 13-05-539-CV.

            The
Court requests that real parties in interest file a response to Kelco=s petition for writ of mandamus on or
before August 30, 2005.  Any such
response should be filed in the severed cause. 


 

PER CURIAM

 

 

Justice Rodriguez not participating.

 

Memorandum Opinion delivered and filed

this 24th day of August, 2005.











[1] See Tex. R. App. P.
52.8(d) (AWhen denying relief, the court may hand down an opinion but is not
required to do so.@); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum
opinions).